# DECISIONS PER CURIAM
## FROM JULY 21, 1915, TO MAY 29, 1916

No. 874. The People, Appellee, v. Pérez, Appellant.—
Aggravated assault and battery. Humacao.

No. 867. The People, Appellee, v. Martínez, Appel-
lant.—Aggravated assault and battery. Arecibo.

July 22, 1915. Judgments affirmed.

No. 875. The People, Appellee, v. López, Appellant.—
Breach of peace. Humacao. July 29, 1915. Judgment af-
firmed.

No. 822. The People, Appellee, v. Muñoz, Appellant.—
Aggravated assault and battery. Humacao.

No. 884. The People, Appellee, v. García, Appellant.—
Aggravated assault and battery. Humacao.

No. 886. The People, Appellee, v. Perales, Appellant.—
Violation of section 162 of the Penal Code. Humacao.

No. 891. The People, Appellee, v. Ortiz, Appellant.—
Violation of the Internal Revenue Law. Guayama.

No. 892. The People, Appellee, v. Velázquez, Appel-
lant.—Grand larceny. Humacao.

No. 887. The People, Appellee, v. Dessús, Appellant.—
Carrying prohibited weapons. Guayama.

July 30, 1915. Judgments affirmed.

No. 1373. Maisonave, Appellant, v. Heirs of Andrea Ca-
lero, Appellees.—Action of debt. Aguadilla. July 30, 1915.
Appeal dismissed.